## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 19-CV-61785-BB

Plaintiff:
**Shilomy Halawani**
vs.
Defendant:
**Leap Education**

For: Jibrael Hindi
    The Law Offices Of Jibrael S. Hindi, PLLC

Received by All Broward Process Corp on the ___ day of ___ 2019 at ___ pm to be served on **Leap Education, 538 Broadhollow Road, Suite 315, Melville, NY 11747.** I, _Mark Thompson_____, being duly sworn, depose and say that on the _26th_ day of _AUGUST_, 20_19_ at _12:19_ _p_.m., executed service by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as
(✓) CORPORATE SERVICE: By serving _JANE DOE_ as _RECEPTIONIST (REFUSED NAME)_
( ) OTHER SERVICE: As described in the Comments below by serving _____ as
( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age _40-50_ Sex M (F) Race _WHTE_ Height _5-5'3"_ Weight _141-160_ Hair _BLOND_ Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _29th_ day of _August_ _2019_ by the affiant who is personally known to me.

NOTARY PUBLIC _NICHOLAS J RIVERA_
Notary Public State of New York
No. 01RI6208198
Qualified in Suffolk County
Commission Expires June 22, 2017

_MARK THOMPSON_

PROCESS SERVER # _6_
Appointed in accordance with State Statutes

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: 2019001937

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AFFIDAVIT OF SERVICE

| | |
|---|---|
| COURT:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | INDEX#: 19-CV-61785-BB<br>DATE PURCHASED: 07/17/2019 |

**PLAINTIFF/PETITIONER:**
SHLOMY HALAWANI

**DEFENDANT/RESPONDENT(S):**
LEAP EDUCATION

**DOCUMENTS:**
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND CIVIL COVER SHEET

STATE OF NEW YORK : COUNTY OF NASSAU
Mark Thompson, the undersigned, being duly sworn, deposes and says:

On 08/26/2019 at 12:19 PM, at 538 BROADHOLLOW RD, SUITE 315, Melville, NY 11747, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND CIVIL COVER SHEET on LEAP EDUCATION in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with LEAP EDUCATION a true copy of the aforementioned documents. The deponent knew the person served to be the RECEPTIONIST, JANE DOE, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**Comments:** PERSON WHO ACCEPTED THE DOCUMENTS REFUSED TO GIVE HIS/HER NAME. Per Attorney's request document was "drop served" as the receptionist refused to accept service or give me her name. She told me to "take my silly papers with me and leave"

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Blonde - Age: 40-50 - Height: 5ft- 5ft 3" - Weight: 141-160lbs
Other: glasses

Sworn to and subscribed before me on 08/29/2019
Martine Pierre
Notary Public, State of New York
No. 01PI6387004
Commissioned in Nassau County
Commission Expires 2/4/2023

X_____
Mark Thompson

Superior Process, 109 Mill Street, Poughkeepsie, NY, 12601
Superior Process, 109 Mill Street, Poughkeepsie, NY 12601

AO 440 (Rev. 06/12) Summons in a Civil Action

MT 8/26/2019
12:14p

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SHLOMY HALAWANI<br><br>Plaintiff(s)<br>v.<br>LEAP EDUCATION<br><br>Defendant(s) | Civil Action No. 19-cv-61785-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEAP EDUCATION
538 BROADHOLLOW ROAD, SUITE 315
MELVILLE, NEW YORK 11747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: tom@jibraellaw.com Fax: (855) 529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 07/17/2019

s/ Janier Arellano
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court