UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:19-cv-61785-BB

SHLOMY HALAWANI,

 Plaintiff,

vs.

LEAP EDUCATION,

 Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

 Plaintiff SHLOMY HALAWANI, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

 Dated: October 15, 2019

                Respectfully Submitted,

                /s/ Jibrael S. Hindi        .
                **JIBRAEL S. HINDI, ESQ.**
                Florida Bar No.: 118259
                E-mail: jibrael@jibraellaw.com
                **THOMAS J. PATTI, ESQ.**
                Florida Bar No.: 118377
                E-mail: tom@jibraellaw.com
                The Law Offices of Jibrael S. Hindi
                110 SE 6th Street, Suite 1744
                Fort Lauderdale, Florida 33301
                Phone: 954-907-1136
                Fax: 855-529-9540

                *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com