UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-61785-BLOOM/Valle**

SHLOMY HALAWANI,

    Plaintiff,

v.

LEAP EDUCATION,

    Defendant.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [12] ("Notice"), filed on October 15, 2019. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [12]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on October 15, 2019.

    _____
    BETH BLOOM
    UNITED STATES DISTRICT JUDGE

Case No. 19-cv-61785-BLOOM/Valle

Copies to:

Counsel of Record